NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2017-CW-1577-R

Justin Luke King

- - Versus - -

Debusk Services Group, L.L.C., et al.

19th Judicial District Court
Case #: 631733
East Baton Rouge Parish

On Application for Rehearing filed 09/18/2019 by Justin Luke King

Rehearing _____ **DENIED** _____

_____
Vanessa Guidry Whipple

_____
John Michael Guidry

_____
J. Michael McDonald

Theriot, J would grant the Rehearing

_____
Mitchell R. Theriot

_____
Wayne Ray Chutz

Date OCT 2 4 2019 _____

_____
Rodd Naquin, Clerk